SUPREME COURT THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
ZULEIKA POLONIA,

                          Plaintiff,

-against-

ROBERT J. DUNPHY, SUSAN E. NEVINS, HERTZ VEHICLES, LLC. and HERTZ CORPORATION,

                          Defendant.
-----------------------------------------------------------X

Index No.: 114548/10

**AFFIDAVIT**

STATE OF NEW YORK )
                      ) ss.:
COUNTY OF NEW YORK)

      ZULEIKA POLONIA, being duly sworn, deposes and says:

1.    I am the plaintiff in the within action.

2.    On October 25, 2009, I was stopped at a red light on Riverside Drive at its' intersection with West 151st Street in the City, County and State of New York. While at this intersection, I was suddenly and unexpectedly rear-ended by the vehicle owned by HERTZ VEHICLES, LLC. and HERTZ CORPORATION., rented by defendant SUSAN E. NEVINS, and operated by ROBERT DUNPHY.

3.    I sustained serious personal injuries to my cervical spine, left shoulder, and right wrist. As a result of my injuries it became necessary to undergo surgery to my left shoulder.

Dated: New York, New York
       September 21, 2011

                                                          ZULEIKA POLONIA

Sworn to before me on 09/21/11

Notary Public

VERONICA FILYUK
Notary Public, State of New York
Lic. #01FI6237290
Qualified in Kings County
Commission Expires March 14, 20__